```
DANIEL BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700
Attorney for Defendant
FRANCISCO HUATO SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-07-0411 LKK |
| Plaintiff, ) | **ORDER AFTER HEARING** |
| v. ) | |
| FRANCISCO HUATO SANCHEZ, ) | |
| Defendant. ) | |

This matter came on for a Status Conference on September 25, 2007, in the courtroom of the Honorable Lawrence K. Karlton. Assistant United States Attorney Russell Carlberg appeared on behalf of plaintiff the United States of America. Supervising Assistant Federal Defender Mary M. French appeared on behalf of defendant FRANCISCO HUATO SANCHEZ, who was in custody and present. At that time, a further Status Conference hearing date of October 23, 2007, at 9:30 a.m. was set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from September 25, 2007, up to and including October 23, 2007.

Good cause appearing therefor,

1    IT IS ORDERED that a further Status Conference hearing in this
2 matter will be held on October 23, 2007, at 9:30 a.m.
3    IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161 (h)(8)(B)
4 (iv) and Local Code T4, the period from September 25, 2007, up to and
5 including October 23, 2007, is excluded from the time computations
6 required by the Speedy Trial Act due to ongoing preparation of counsel.
7 Dated:  September 27, 2007

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

Order After Hearing                 2