DANIEL BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700
Attorney for Defendant
FRANCISCO HUATO SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR-S-07-0411 LKK |
| Plaintiff, | ) |
| | ) **ORDER AFTER HEARING** |
| v. | ) |
| FRANCISCO HUATO SANCHEZ, | ) |
| Defendant. | ) |

This matter came on for a Status Conference on November 14, 2007, in the courtroom of the Honorable Lawrence K. Karlton.  Assistant United States Attorney Russell Carlberg appeared on behalf of plaintiff the United States of America.  Supervising Assistant Federal Defender Mary M. French appeared on behalf of defendant FRANCISCO HUATO SANCHEZ, who was in custody and present.  At that time, a further Status Conference hearing date of December 11, 2007, at 9:30 a.m. was set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from November 14, 2007, up to and including December 11, 2007.

Good cause appearing therefor,

1    IT IS ORDERED that a further Status Conference hearing in this
2 matter will be held on December 11, 2007, at 9:30 a.m.
3    IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)
4 (iv) and Local Code T4, the period from November 14, 2007, up to and
5 including December 11, 2007, is excluded from the time computations
6 required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: November 20, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                    2