1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd. Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5  Attorney for Defendant
   FRANCISCO HUATO SANCHEZ

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  CASE NO. CR-S-07-0411 LKK
                                     )
12                Plaintiff,         )
                                     )  **ORDER AFTER HEARING**
13       v.                          )
                                     )
14                                   )
    FRANCISCO HUATO SANCHEZ,         )
15                                   )
                  Defendant.         )
16  _____

17       This matter came on for a Status Conference on December 11, 2007,

18  in the courtroom of the Honorable Lawrence K. Karlton.  Assistant

19  United States Attorney Russell Carlberg appeared on behalf of plaintiff

20  the United States of America.  Supervising Assistant Federal Defender

21  Mary M. French appeared on behalf of defendant FRANCISCO HUATO SANCHEZ,

22  who was in custody and present.  At that time, a further Status

23  Conference hearing date of January 8, 2008, at 9:30 a.m. was set.

24       Accordingly, the parties agreed to exclude time from calculation

25  under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv)

26  and Local Code T4, for preparation of counsel, from December 11, 2007,

27  up to and including January 8, 2008.

28       Good cause appearing therefor,

1      IT IS ORDERED that a further Status Conference hearing in this

2   matter will be held on January 8, 2008, at 9:30 a.m.

3      IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161(h)(8)(B)

4   (iv) and Local Code T4, the period from December 11, 2007, up to and

5   including January 8, 2008, is excluded from the time computations

6   required by the Speedy Trial Act due to ongoing preparation of counsel.

7
    DATED: December 14, 2007

8

9

10

11   _____
     LAWRENCE K. KARLTON
12   SENIOR JUDGE
     UNITED STATES DISTRICT COURT
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order After Hearing                          2