```
DANIEL J. BRODERICK, #89424
Federal Defender
MARY M. FRENCH, #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANCISCO HUATO SANCHEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-07-0411 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| FRANCISCO HUATO SANCHEZ, | ) | Date:  March 4, 2008 |
| | ) | Time:  9:30 a.m. |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |
| | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, Russell Carlberg, Assistant United States Attorney, attorney for plaintiff, and Supervising Assistant Federal Defender, Mary M. French, attorney for defendant FRANCISCO HUATO SANCHEZ, that the Status Conference hearing date of February 5, 2008, is vacated and a new Status Conference hearing date of March 4, 2008, at 9:30 a.m. is hereby set.

This continuance is requested because the parties continue to discuss a possible resolution of the case and the government is in the process of drafting a plea offer.  Additional time is also needed for defense counsel to discuss such possible resolution with her client,

1 | who speaks only Spanish.

2 | It is further stipulated that the period from February 5, 2008,
3 | through and including March 4, 2008, should be excluded pursuant to
4 | 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
5 | counsel and defense preparation.

6 | Dated: February 1, 2008                Respectfully submitted,

7 |                                        DANIEL J. BRODERICK
  |                                        Federal Defender
8 |

9 |
  |                                        __/s/ Mary M. French_____
10|                                        MARY M. FRENCH
  |                                        Supervising Assistant
11|                                        Federal Defender
  |                                        Attorney for Defendant
12|                                        FRANCISCO HUATO SANCHEZ

13|
  | Dated: February 1, 2008                MCGREGOR W. SCOTT
14|                                        United States Attorney

15|
  |                                        /s/  Mary M. French for
16|                                             Russell Carlberg
  |                                        _____
17|                                        RUSSELL CARLBERG
  |                                        Assistant U.S. Attorney
18|                                        per telephonic authorization

19|

20|

21| IT IS SO ORDERED.

22|
  | Dated: February 1, 2008
23|                                        _____
  |                                        LAWRENCE K. KARLTON
24|                                        SENIOR JUDGE
  |                                        UNITED STATES DISTRICT COURT
25|

26|

27|

28|

Stipulation and Order                     -2-