IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>Francisco Huato Sanchez,<br><br>           Defendant. | CR. No. 2:07-cr-00411 LKK<br><br>TIME EXCLUSION ORDER |

Upon motion of the defendant, joined by the government, the Court continues the next status conference in this case to April 1, 2008 at 9:30 a.m. Mary French was relieved, and Gilbert Roque was substituted in as counsel of record for defendant Francisco Huato Sanchez. Mr. Roque stated that he needed a continuance to learn more about the case. The continuance is necessary for new defense counsel adequately to review the discovery provided by the government and to conduct investigation in the case. See 18 U.S.C. § 3161 (h)(8)(B)(iv) [Local Code T4].

The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A). Time, therefore, will be excluded under the Speedy Trial Act from March 4, 2008 up to and including April 1, 2008.

DATE: March 7, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT