IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Respondent, | No. CR S-07-0411 LKK EFB P |
| vs. | |
| FRANCISCO HUATO SANCHEZ, | |
|     Movant. | ORDER |

Movant, a federal prisoner proceeding without counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. By order filed April 29, 2010, this court set a briefing schedule for disposition of the motion. On May 26, 2010, respondent filed a motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that within thirty days from the date of this order movant shall file and serve an opposition, if any, to respondent's May 26, 2010 motion to dismiss. Respondent's reply, if any, shall be filed and served not later than fourteen days thereafter. Movant is cautioned that failure to file an opposition in accordance with this order may result in a recommendation that his § 2255 motion be dismissed.

Dated: July 14, 2010.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE