IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,                    No. CR S-07-0411 LKK EFB P

    vs.

FRANCISCO HUATO SANCHEZ,

    Movant.                      <u>ORDER</u>

        /

        Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On June 17, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

\\\\

1

1. The findings and recommendations filed June 17, 2011, are adopted in full;

2. Respondent's May 26, 2010 motion to dismiss (Dckt. No. 42) is granted;

3. Movant's February 1, 2010 motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (Dckt. No. 38) is denied; and

4. The Clerk is directed to close the companion civil case No. CIV S-10-0260 LKK EFB P.

DATED: July 25, 2011.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT